No. 1587. Pérez, & Cía., Apelado, v. Hamburg American Line, Apelante.—Nulidad de embargo y citación.   San Juan, Sección 1ª.   Abril 23, 1917. *Desestimada la apelación por falta de alegato.*

No. 186. Figueroa, Peticionario, v. Sepúlveda, Juez Distrito, Ponce, Demandado.—*Certiorari.*   Abril 23, 1917. *No ha lugar.*

No. 1165. El Pueblo, Apelado, v. Falú, Apelante.—Infracción artículo 300 Código Penal.   San Juan, Sec. 2ª.   Abril 23, 1917. *Confirmada.*

No. 1629. Barquet Hermanos, Apelados, v. Lazalde, Apelante.—Cobro de dinero.   Ponce.   Abril 24, 1917. *Desestimada la apelación por carecer de finalidad práctica.*

No. 1121. El Pueblo, Apelado, v. Martínez, Apelante.—Escalamiento en primer grado.   San Juan, Sección 2ª.   Abril 24, 1917. *Confirmada la sentencia.*

No. 1165. The Fajardo Sugar Company, Apelante, v. Quiñones, Apelado.—*Injunction.*   San Juan, Sección 2ª.   Abril 24, 1917. *Desestimada la apelación por falta de transcripción.*

No. 1167. El Pueblo, Apelado, v. Romero, Apelante.—Daños maliciosos.   Abril 24, 1917.   San Juan, Sección 2ª. *Confirmada la sentencia.*

No. 1166. El Pueblo, Apelado, v. Romero, Apelante.—Daños maliciosos.   Abril 24, 1917.   San Juan, Sección 2ª. *Confirmada la sentencia.*